**Order entered October 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00210-CR

**STEPHEN SHAQUILLE BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82826-2013**

## ORDER

The Court **ORDERS** court reporter Sue Maienschein to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 7, a DVD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sue Maienschein, official court reporter, 416th Judicial District Court, and to counsel for all parties.

/s/    ADA BROWN
       JUSTICE